**ORIGINAL**

# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| CHELSEA L. DAVIS, | ) | **FILED** |
|  | ) |  |
| Plaintiff, | ) | JUN 1 6 2015 |
|  | ) No. 15-598C |  |
| v. | ) | U.S. COURT OF |
|  | ) Filed June 16, 2015 | FEDERAL CLAIMS |
| THE UNITED STATES, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER

On June 12, 2015, plaintiff filed a complaint in this court. Plaintiff's complaint, however, was not properly captioned (plaintiff may not file a case in this court on behalf of the state of Texas), was not properly signed (see Rule 11(a) of the Rules of the United States Court of Federal Claims), and was not accompanied by either the required filing fee or an application to proceed without prepayment of fees (the current fee schedule and application to proceed without prepayment of fees are available on the court's website at www.uscfc.uscourts.gov).

In view of the foregoing, the Court hereby **ORDERS** that on or before July 15, 2015, plaintiff shall file a corrected copy of her complaint, correcting each of the three defects listed above. Failure to do so will result in a dismissal of this action.

**IT IS SO ORDERED.**

LYDIA KAY GRIGGSBY
Judge