ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CHELSEA L. DAVIS, )
)
)
)
Plaintiff, )
)
v. ) No. 15-598 C
) Judge L. Griggsby
THE UNITED STATES, )
)
Defendant. )

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of _____Michael D. Austin_____, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Michael D. Austin
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C. 20044

MICHAEL D. AUSTIN
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 616-0321
Facsimile: (202) 305-7643
Email: Michael.Austin@usdoj.gov

Dated: June 24, 2015

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 24th day of June, 2015, I caused to be placed in the United States mail (first-class, postage prepaid), copies of a "NOTICE OF APPEARANCE" addressed as follows:

CHELSEA L. DAVIS
25 Highland Park Village
Suite 100-830
Dallas, TX 75205

_____