**ORIGINAL**

# In the United States Court of Federal Claims

No. 15-598 C

**FILED**

JUL 21 2015

U.S. COURT OF
FEDERAL CLAIMS

CHELSEA L. DAVIS

v.

THE UNITED STATES

JUDGMENT

Pursuant to the court's Order, filed July 21, 2015,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(b), that plaintiff's complaint is dismissed, for failure to comply with a court order. No costs.

Hazel C. Keahey
Clerk of Court

July 21, 2015

By: *[signature]*

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $505.00.